

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

September 20, 2023

**VIA ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

  Re: **Williams v. Ocelco, Inc.**
     *Case No. 23-cv-6592 (AS) (SDA)*

Dear Judge Subramanian:

  We represent defendant Ocelco, Inc., in the above-referenced case, and we write with the gracious consent of plaintiff's counsel to request that the telephonic initial conference, which currently is scheduled for September 25 at 9:15 a.m., be adjourned to September 27, September 28, or to a date after October 9.  The reason for our request is that September 25 is Yom Kippur, and our office will be closed.  Furthermore, I will be on vacation from September 29 through October 9 for the holiday of Succos.  This is our first request for an adjournment of the initial conference.

  We thank the Court for its understanding and attention to this matter, and we are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

            Respectfully submitted,

            */s/ David Stein*
            David Stein

cc:  Jeffrey M. Gottlieb, Esq. (via ECF)

---

Defendant's motion is GRANTED. The initial pretrial conference is rescheduled for **September 28, 2023 at 9:15 AM**.

The Clerk of Court is directed to terminate the motion at ECF No. 16.

SO ORDERED.

*/s/ Arun Subramanian*
Arun Subramanian, U.S.D.J.
Date: September 21, 2023