UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON WILLIAMS, et al.,<br><br>                  Plaintiffs,<br><br>-against-<br><br>OCELCO, INC.,<br><br>                  Defendant. | 23-CV-6592 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 14, 2023 Order, ECF No. 9, the parties were required to file a joint letter, the contents of which are described therein, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than Thursday of the week prior to the conference date. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 27, 2023**.

      SO ORDERED.

Dated: September 25, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                         United States District Judge