UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON WILLIAMS,<br><br>                      Plaintiff,<br><br>      -against-<br><br>OCELCO, INC.,<br><br>                      Defendant. | 23-CV-6592 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

        Discovery in this case closes on February 5, 2024. Dkt. 22. Accordingly, the parties are hereby ORDERED to file a joint status letter no later than **February 6, 2024**, indicating whether either party intends to file a motion for summary judgment and, if not, providing dates in February or March that both parties are available for trial.

        SO ORDERED.

Dated: February 2, 2024
       New York, New York

                                                                 ARUN SUBRAMANIAN
                                                                 United States District Judge